**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **ROSENDO ROBERTS,** <br><br> Plaintiff, <br><br> v. <br><br> **LOCKHEED MARTIN CORP., and JOHN DOE, INC.,** <br><br> Defendants. <br> _____ <br> **TO:** John-Russell Bart Pate, Esq. <br> Korey A. Nelson, Esq. <br> Warren T. Burns, Esq. <br> Kevin A. Rames, Esq. | 1:23-cv-00005-WAL-EAH |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

**THIS MATTER** comes before the Court upon the Motion for Leave to Appear Pro Hac Vice of Attorney Damian S. Jackson, Dkt. No. 8. Defendant Lockheed Martin Corp. seeks the admission of Damian S. Jackson, Esq., to appear and participate as co-counsel for said Defendant in the above-captioned matter. Defendant and Attorney Jackson have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

The record shows that Damian S. Jackson currently is an attorney in good standing in the States of New Jersey, Pennsylvania, and New York. Attorney Jackson's New Jersey bar

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:
> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

*Roberts v. Lockheed Martin Corp.*
1:23-cv-00005-WAL-EAH
Order Granting Motion for Admission Pro Hac Vice
Page 2

number is 359692020, his Pennsylvania bar number is 92678, and his New York bar number is 2817336.

Attorney Jackson is bound by the grievance procedures established for the Virgin Islands Bar, and he shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, the completed *Pro Hac Vice* Application, the Affidavit of Kevin A. Rames, Esq., and the record herein, it is now hereby **ORDERED**:

1. The Motion for Admission *Pro Hac Vice* of Attorney Damian S. Jackson, Dkt. No. 8, is **GRANTED**;

2. Damian S. Jackson, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3. Damian S. Jackson, Esq., shall appear before the Court to take the oath of admission via videoconference; and

4. Damian S. Jackson, Esq., shall file forthwith a notice of appearance into the record of the above-captioned matter.

ENTER:

Dated: March 13, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE